

**CHIEF JUSTICE**
**JAMES T. WORTHEN**

**JUSTICES**
**BRIAN HOYLE**
**GREG NEELEY**

## TWELFTH COURT OF APPEALS

**CLERK**
**CATHY S. LUSK**

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/8/2015 8:45:58 AM
CATHY S. LUSK
Clerk

June 5, 2015

Ms. Terri Willard
115 North Main Street
Henderson, TX 75652
* DELIVERED VIA E-MAIL *

RE:  Case Number:           12-14-00032-CV
     Trial Court Case Number:   2011-266

Style:  Oscar W. Still, a/k/a Oscar Wardon Stil
        v.
        Kilgore Independent School District, et al

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk


C Mr. Joe E. Shumate (DELIVERED VIA E-MAIL)
C Edward James Nicholas (DELIVERED VIA E-MAIL)
:

Mandate executed on __8th__ day of __June_____, 2015.

Brief explanation of action taken: __Minuted, scanned + filed_____

_____District/County Clerk

# THE STATE OF TEXAS
# MANDATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE 4TH DISTRICT COURT OF RUSK COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 25th day of March, 2015, the cause upon appeal to revise or reverse your judgment between

### OSCAR W. STILL, A/K/A OSCAR WARDON STILL, Appellant

### NO. 12-14-00032-CV; Trial Court No. 2011-266

Opinion by Brian Hoyle, Justice.

### KILGORE INDEPENDENT SCHOOL DISTRICT, RUSK COUNTY, RUSK COUNTY GROUNDWATER CONSERVATION DISTRICT, RUSK COUNTY RURAL FIRE DISTRICT, AND KILGORE COLLEGE, Appellees

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that all costs of this appeal are hereby adjudged against the appellant, **OSCAR W. STILL, A/K/A OSCAR WARDON STILL,** for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN,** Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 5th day of June, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

Vol. 286 Page 182

FILE COPY



## Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00032-CV

### Trial Court No. 2011-266

## Oscar W. Still, a/k/a Oscar Wardon Stil

## Vs.

## Kilgore Independent School District, et al

| | | |
|---|---|---|
| Motion fee | $10.00 | James Rosenthal |
| Motion fee | $10.00 | James Rosenthal |
| Clerk's record | $93.00 | Unknown |
| Reporter's record | $36.00 | Joe Shumate |
| Indigent | $25.00 | Joe Shumate |
| Supreme Court chapter 51 fee | $50.00 | Joe Shumate |
| Filing | $100.00 | Joe Shumate |
| Required Texas.gov efiling fee | $20.00 | Joe Shumate |
| TOTAL: | $344.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 5th day of June 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

Vol. 286 Page 183